# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| MODERN WOODMEN OF AMERICA<br>*Plaintiff*<br>v.<br>GREEN DOT CORPORATION, et al.<br>*Defendant* | Case No. 14-mc-4021 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GREEN DOT CORPORATION and GREEN DOT BANK

Date: 06/30/2014

/s/Amanda C. Wiley
*Attorney's signature*

Amanda C. Wiley
*Printed name and bar number*

Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
*Address*

awiley@proskauer.com
*E-mail address*

(312) 962-3505
*Telephone number*

(312) 962-3551
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| MODERN WOODMEN OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-mc-4021 |
| GREEN DOT CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on __06/30/2014__, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

SEE ATTACHED SERVICE LIST,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

SEE ATTACHED SERVICE LIST.

/s/Amanda C. Wiley
*Attorney's signature*

Amanda C. Wiley
*Printed name and bar number*

Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
*Address*

awiley@proskauer.com
*E-mail address*

(312) 962-3505
*Telephone number*

(312) 962-3551
*Fax number*

# SERVICE LIST

Robert J. Noe
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, Illinois 61266-0659
*Attorneys for Modern Woodmen of America*

Adam M. Marshall
Ariel E. Ronneburger
James G. Ryan
Jennifer A. McLaughlin
CULLEN AND DYKMAN, LLP (Nassau)
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
*Attorneys for Flushing Bank*