IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MODERN WOODMEN OF AMERICA, ) | |
| ) | |
| Movant, ) | |
| ) | Case No.  4:14- mc-4021 |
| v. ) | |
| ) | |
| GREEN DOT CORPORATION and ) | |
| GREEN DOT BANK, ) | |
| ) | |
| Non-Movants. ) | |

## MOTION FOR LEAVE TO PARTICIPATE

NOW COMES Modern Woodmen of America (Modern Woodmen), by and through its attorneys, Bozeman, Neighbour, Patton, & Noe, LLP, and pursuant to Local Rule 83.5, submits this Motion for Leave to Participate.

1. Pursuant to Local Court Rule 83.5(F), an attorney licensed to practice in any state or in the District of Columbia may seek leave to participate in a case while his or her application for admission to practice in the Central District of Illinois is pending.

2. Thomas J. Moore is an attorney duly licensed to practice in the District of Columbia where he is in good standing.  He has never been disciplined by a court or state disciplinary authority.

3. Robert J. Noe has filed a Motion for Admission to Practice on behalf of Mr. Moore which requests that Mr. Moore be admitted to practice in the Central District of Illinois.  This motion is being submitted contemporaneously with the Motion for Admission to Practice.

4. Modern Woodmen desires that Mr. Moore represent them in this case while his application for admission is pending.

WHEREFORE, Modern Woodmen requests that this Court grant Mr. Thomas J. Moore leave to participate in this matter while his application for admission to practice in the Central District of Illinois is pending.

MODERN WOODMEN OF AMERICA, Movant


By     s/ Robert J. Noe                        

For BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
     Its Attorneys


Robert J. Noe
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone:  (309) 797-0850
Fax:  (309) 764-1371
Email:  rnoe@bnpn.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the undersigned date a copy of this document was served upon the

counsel of record by the court's CM-ECF system, and/or by electronic means on the following:

<u>Attorneys for Flushing Bank:</u>

Adam Matthew Marshall
        Email:  amarshall@cullenanddykman.com
Ariel Elaine Ronneburger
        Email:  aronneburger@cullenanddykman.com
James Gerard Ryan
        Email:  jryan@cullenanddykman.com
Jennifer A. McLaughlin
        Email:  jmclaughlin@cullenanddykman.com
Cullen and Dykman, LLP (Nassau)
100 Quentin Roosevelt Blvd.
Garden City, NY  11530

<u>Attorneys for Green Dot Bank and Green Dot Corporation:</u>

Adam David Siegartel
        Email:  asiegartel@proskauer.com
Joelle Anne Milov
        Email:  jmilov@proskauer.com
Amanda C. Wiley
        Email:  awiley@prokauer.com
Proskauer Rose LLP (NY)
11 Times Square
New York, NY  10036

July 8, 2014

                        s/ Robert J. Noe
        _____