E-FILED
Wednesday, 09 July, 2014  03:42:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Modern Woodmen of America,<br><br>    Movant,<br><br>v.<br><br>Green Dot Corporation, and Green Dot Bank,<br><br>    Non-Movants | Case No.  4:14-mc-4021 |

**STATUS REPORT BY COUNSEL FOR MODERN WOODMEN OF AMERICA**

    The undersigned counsel for Modern Woodmen of America hereby submits a Status Report due on or before July 10, 2014, in accord with the second TEXT ORDER of July 2, 2014, by Magistrate Judge Jonathan E. Hawley, "setting forth the parties good faith efforts to confer." A telephone conference took place on July 8, 2014, among the following:

<u>Counsel for Modern Woodmen ("Modern Woodmen"):</u>

    Robert J Noe, Bozeman Neighbour Patton & Noe, LLP, Moline, IL

    Thomas J. Moore, Bacon & Thomas, PLLC, Alexandria, VA

<u>Counsel for Green Dot Corporation and Green Dot Bank ("Green Dot"):</u>

    Adam David Siegartel, Proskauer Rose LLP, New York, NY

    Joelle Anne Milov, Proskauer Rose LLP, New York, NY

<u>Counsel for Flushing Bank ("Flushing Bank"):</u>

    Jennifer McLaughlin, Cullen and Dykman, LLP, Garden City, NY

Mr. Siegartel stated that Green Dot seeks only to take a 90-minute deposition of Modern Woodmen to seek support for Green Dot's position that numerous parties in the U.S. use trademarks comprising "GO" and/or "BANK" for banking services, and that there would be no attempt to obtain confidential information. He said that the topics to be covered would be only those set forth in the subpoena. Ms. McLaughlin agreed that Flushing Bank would not ask any questions concerning other topics.

Mr. Moore was asked to respond. He stated that Modern Woodmen asserts that the Protective Order in the underlying New York case (Flushing Bank v. Green Dot, Case No. 13-cv-9120 (KBF)(AJP), before the U.S. District Court, for the Southern District of New York) does not adequately protect the confidential information of Modern Woodmen, which is not a party to the New York case. For example, paragraph 9 of the New York Protective Order (docket no. 35) provides "The Court also retains discretion whether or not to afford confidential treatment to any Confidential Document or information contained in any Confidential Document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court." Thus, the New York court has discretion to un-protect any confidential information designated by Modern Woodmen. Moreover, the New York court could act without even advance notice to Modern Woodmen, and it would have no opportunity to be heard. This position was stated in an email from Mr. Moore to Mr. Siegartel before the telephone conference.

Mr. Moore stated that Modern Woodmen also asserts that the deposition would provide an unfair advantage to Flushing Bank to take discovery of Modern Woodmen before the opening of discovery under the Federal Rules of Civil Procedure in Cancellation No. 92059462, a proceeding filed by Flushing Bank on June 27, 2014, at the U.S. Patent and Trademark Office

2

(USPTO), which seeks to cancel Modern Woodmen's U.S. Registration No. 4452493 of trademark GOBanking and Design. Green Dot presently seeks a deposition of Modern Woodmen that would likely (1) be attended by counsel for Flushing Bank and (2) occur before "Discovery Opens" in the '462 Cancellation on September 5, 2014, per page 4 of the USPTO scheduling order dated June 28 2014, available at http://ttabvue.uspto.gov/ttabvue/v?pno=92059462&pty=CAN&eno=2, being the USPTO website, and possibly even before Modern Woodmen files its Answer which is due August 6, 2014.

Mr. Moore suggested that Green Dot and Modern Woodmen ask this court to allow Modern Woodmen seven days to file a Reply Brief limited to the Cancellation matter, and further allow Green Dot an additional seven days to file a Surreply Brief, to address the issues. This was not agreed to.

Mr. Moore offered to prepare a draft pleading to amend the Protective Order in the New York case, and email it to counsel for Flushing Bank and Green Dot by 3:00 pm on July 9, 2014. This was agreed to. Mr. Moore sent the draft pleading to counsel for Flushing Bank and Green Dot by email at about 1:30 pm on July 9, 2014, and asked for acknowledgement by 5 pm on July 9, 2014.

There was no discussion concerning the request for attorney fees asserted by Green Dot in its Memorandum of Law in Opposition to Modern Woodmen's Motion to Quash Foreign Subpoena.

Counsel for Modern Woodmen expect to communicate further with counsel for Green Dot and Flushing Bank, and attempt to reduce and/or resolve outstanding issues.

BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
ATTORNEYS AT LAW
MOLINE, ILLINOIS 61266-0659

Dated: July 9, 2014                                  Respectfully submitted,

                                                     s/ Robert J. Noe
                                                     _____
                                                     Robert J. Noe
                                                     Attorney for Modern Woodmen of America

Robert J. Noe
BOZEMAN, NEIGHBOUR, PATTON &
NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone:  (309) 797-0850
Email:  rnoe@bnpn.com

Of counsel:

Attorney for Modern Woodmen of America
Thomas J. Moore
Va. Bar No. 20056
BACON & THOMAS, PLLC
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314-1176
Phone: 703-683-0500
Fax:  703-683-1080
E-mail:  mail@baconthomas.com

CERTIFICATE OF SERVICE

I hereby certify that on the undersigned date a copy of this document was served upon the counsel of record by the court's CM/ECF system, and/or by electronic means on the following:

<u>Attorneys for Flushing Bank</u>:

Adam Matthew Marshall
    Email: amarshall@cullenanddykman.com
Ariel Elaine Ronneburger
    Email: aronneburger@cullenanddykman.com
James Gerard Ryan
    Email: jryan@cullenanddykman.com
Jennifer A. McLaughlin
    Email: jmclaughlin@cullenanddykman.com
Cullen and Dykman, LLP (Nassau)
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

<u>Attorneys for Green Dot Bank and Green Dot Corporation</u>:

Adam David Siegartel
    Email: asiegartel@proskauer.com
Joelle Anne Milov
    Email: jmilov@proskauer.com
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036

July 9, 2014

                                                  s/ Robert J. Noe