E-FILED
Tuesday, 22 July, 2014 12:10:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Modern Woodmen of America,<br><br>    Movant,<br><br>v.<br><br>Green Dot Corporation, and Green Dot Bank,<br><br>    Non-Movants | Case No. 4:14-mc-4021 |

**STATUS REPORT BY COUNSEL FOR MODERN WOODMEN OF AMERICA**

The undersigned counsel for Modern Woodmen of America hereby submits the following Status Report:

1. The deposition of a Modern Woodmen representative is scheduled for 8:30 a.m. CDT on August 1, 2014, at a location to be determined in Rock Island, Illinois, or an adjacent city that is convenient to the witness.

2. Modern Woodmen asks the court to dismiss, as moot, its Motion to Quash, given (1) the entry by the New York court on July 15, 2014, of the Amendment of Protective Order by Stipulation, which better protects the rights of Modern Woodmen, and (2) the agreement of the parties to schedule the deposition.

3. Green Dot reserves their assertion of attorney fees because the deposition has not yet taken place.

Dated: July 22, 2014                                    Respectfully submitted,


                                                        s/ Robert J. Noe
                                                        _____
                                                        Robert J. Noe
                                                        Attorney for Modern Woodmen of America

Robert J. Noe
BOZEMAN, NEIGHBOUR, PATTON &
NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL 61266-0659
Phone: (309) 797-0850
Email: rnoe@bnpn.com

Of counsel:

Attorney for Modern Woodmen of America
Thomas J. Moore
Va. Bar No. 20056
BACON & THOMAS, PLLC
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314-1176
Phone: 703-683-0500
Fax: 703-683-1080
E-mail: mail@baconthomas.com

CERTIFICATE OF SERVICE

I hereby certify that on the undersigned date a copy of this document was served upon the counsel of record by the court's CM/ECF system, and/or by electronic means on the following:

<u>Attorneys for Flushing Bank</u>:

Adam Matthew Marshall
    Email: amarshall@cullenanddykman.com
Ariel Elaine Ronneburger
    Email: aronneburger@cullenanddykman.com
James Gerard Ryan
    Email: jryan@cullenanddykman.com
Jennifer A. McLaughlin
    Email: jmclaughlin@cullenanddykman.com
Cullen and Dykman, LLP (Nassau)
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

<u>Attorneys for Green Dot Bank and Green Dot Corporation</u>:

Adam David Siegartel
    Email: asiegartel@proskauer.com
Joelle Anne Milov
    Email: jmilov@proskauer.com
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036


July 22, 2014
                                                        s/ Robert J. Noe